## Table of contents

Page 4……………………………………………….... Ground one - Double Jeopardy

Page 18 ……………………………………………. Ground Two - Conflict of Interest

Page 25 …………………………………………. Ground Three - Bias Trial judge Disqualified

Page 28 …………………………....…........ Ground four - Ineffective assistance of trial counsel