Dedrick Lemont Hickey 909084
AGCC
6888 E. 133rd
Holdenville, OK 74848



RECEIVED UNSEALED

U.S. Courthouse
200 N.W. 4th Street #1210
Oklahoma City, OK 73102



USPS TRACKING #
9114 9022 0078 9117 5184 92



**UNITED STATES POSTAL SERVICE®**

**WE CARE**

Dear Postal Customer,

We sincerely regret the damage to your mail by the handling by the Postal Service. We hope this incident did not inconvenience you. We realize that your mail is important to you and that you have every right to expect it to be delivered in good condition.

Although every effort is made to prevent damage to the mail, occasionally this will occur because of the great volume handled and the rapid processing methods which must be employed to assure the most expeditious distribution possible.

We hope you understand. We assure you that we are constantly striving to improve our processing methods in order that even a rare occurrence may be eliminated.

Please accept our apologies.

Sincerely,

Your Postmaster



how2recycle.info

Recycle if Clean & Dry / Store Drop-off / PLASTIC BAG